UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONEL CACERES DE LA
CAMPA,

       Petitioner,

    v.                      Case No.:  2:26-cv-01401-SPC-NPM

TODD BLANCE *et al.*,

       Respondents,

                           /

## OPINION AND ORDER

Before the Court are petitioner Leonel Caceres De La Campa's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 7).

Caceres De La Campa is a native of Cuba who was paroled into the United States in 1980 and later became a lawful permanent resident. On June 28, 2010, he was convicted of battery on a law enforcement officer, tempering with physical evidence, resisting an officer, and burglary. An immigration judge ordered Caceres De La Campa removed from the United States on December 27, 2010. Immigration and Customs Enforcement ("ICE") could not remove Caceres De La Campa, so it released him on an order of supervision.

Caceres De La Campa was arrested for aggravated assault with a deadly weapon on March 4, 2026. On April 10, 2026, ICE notified Caceres De La Campa it revoked his release under 8 C.F.R. § 241.13(i) because he violated a condition of release. Caceres De La Campa argues his detention is unlawful

because there is no significant likelihood of removal in the reasonably foreseeable future, no neutral decision-maker has reviewed his detention, and ICE has yet to conduct a custody review.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Caceres De La Campa's current detention is lawful. 8 C.F.R. § 241.13(i) allows ICE to revoke release when a noncitizen violates a condition of release. Caceres De La Campa's arrest for aggravated assault was a violation of the conditions of his release, and Caceres De La Campa has not identified any particular deficiency in the procedures ICE followed when revoking his release. Caceres De La Campa "may be continued in detention for an additional six months in order to effect [his] removal, if possible, and to effect the conditions under which [he] had been released." 8 C.F.R. § 241.13(i)(1). After that six-month period, Caceres De La Campa may request review of his detention by the HQPDU. *See* 8 C.F.R. § 241.13(j).

It appears ICE has thus far complied with the applicable regulation and afforded Caceres De La Campa the process he is due. His detention is lawful.

Accordingly, it is hereby

**ORDERED:**

Leonel Caceres De La Campa Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record